MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
LEO G. SPANOS, SBN 261837, STAFF ATTORNEY
NIMA GHAZVINI, SBN 254758, STAFF ATTORNEY
6140 Stoneridge Mall Road, Suite 250
Pleasanton, CA 94588
PH: (925) 621-1900

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

ALAN SAMUEL DEAN
BARBARA DIANE DEAN

Debtors,

_____/

CHAPTER 13

CASE NO. 13-46782 WJL 13

**JOINT PRE-HEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

Nima Ghazvini, Staff Attorney for Martha Bronitsky, Chapter 13 Trustee, spoke with Anne Shiau, Esq. on March 28, 2014. The remaining issues at the time of conference were the following:

<u>PLAN</u>

1. Motion to Value re CCO Mortgage

Debtors had some unexpected problems identifying the correct note holder. Debtors believe they have identified the correct creditor and will file a Motion to Value this week. Debtors will likely request a continuance to allow time to run on their motion.

| | |
|---|---|
| <u>April 1, 2014</u> | /s/NIMA GHAZVINI 5909 |
| DATE | Nima Ghazvini, Esq.<br>Staff Attorney for Martha G. Bronitsky,<br>Chapter 13 Standing Trustee |

1